**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** USCGIS

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**   Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____   ☐ Yes  ☑ No

Defendant Name   Philip R. Gagnon                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:   65 Martha Road, Boston, MA

Birth date (Yr only): 1965   SSN (last 4#): 7165   Sex: M   Race White   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Jason Casey                    Bar Number if applicable: _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/9/2024    Signature of AUSA:  *Jason A. Casey*

JS 45 (5/97) **-** (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Philip R. Gagnon

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 39A | Aiming a Laser Pointer at an Aircraft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**