UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) Criminal No. 24-CR-10133 ) |
| PHILIP GAGNON, | ) ) ) |
| Defendant | ) |

# GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The government hereby moves to unseal the indictment in this matter. In support of this request, the government states that the defendant has been arrested.

                                              Respectfully submitted,

                                              JOSHUA S. LEVY
                                              Acting United States Attorney

                          By:    */s/ Jason A. Casey*
                                              Jason A. Casey
                                              Assistant United States Attorney

Dated: May 13, 2024